**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA**

**UNITED STATES OF AMERICA**                    *

                            **v.**                              *   **Case No. 16-192-BAH**

**JOSE GONZALEZ VALENCIA**                 *

                            *   *   *   *   *

### MOTION TO WITHDRAW APPEARANCE

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1.   On November 11, 2021, undersigned counsel entered his appearance on behalf of Mr. Gonzalez-Valencia pursuant to a Criminal Justice Act appointment.

2.   On November 15, 2021, undersigned counsel was contacted by attorney(s) Frank Perez and Guadalupe Valencia from Dallas Texas, and San Diego California, respectively.  Undersigned counsel was informed that Mr. Gonzalez-Valencia had retained their services in this case.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770
301-377-2158

## **<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 15th day of November 2021, a copy of the foregoing Motion was mailed to the Office of the United States Attorney for the District of Columbia.

_Alfred Guillaume_
_____
Alfred Guillaume III