# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 16 Cr. 065-02 (BAH)
)
Jose Gonzalez Valencia )
)

## NOTICE OF APPEAL

Name and address of appellant:

Jose Gonzalez Valencia
United States Bureau of Prisons

Name and address of appellant's attorney:

Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 2000
202 255 6637
RF@RFeitelLaw.com

Offense: Conspiracy To Import Five Kilograms Or More Of Cocaine, 21 U.S.C. Section 959, 960

Concise statement of judgment or order, giving date, and any sentence:

Sentence imposed of 360 months of incarceration on June 20, 2025

Name and institution where now confined, if not on bail: custody of U.S. Bureau of Prisons

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

7/4/25
DATE

Jose Gonzalez Valencia
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☑

Does counsel wish to appear on appeal?   YES ☑   NO ☐
Has counsel ordered transcripts?   YES ☐   NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☑   NO ☐